# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1193**                    **September Term, 2025**

**DOE-202-25-8**
**DOE-202-25-4**

**Filed On: June 11, 2026** [2178319]

Illinois Office of Attorney General, et al.,

      Petitioners

    v.

United States Department of Energy and
Chris Wright, Secretary, United States
Department of Energy,

      Respondents

------------------------------

Constellation Energy Generation, LLC,
          Intervenor
------------------------------

Consolidated with 25-1194, 25-1287,
25-1288

**O R D E R**

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on April 7, 2026, be suspended pending further order of the court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
          Catherine J. Lavender
          Deputy Clerk